MERCANTILE INCORPORATED OF MILBANK, Respondent, v. FARRAR, et al, Appellants.

(248 N. W. 761.)

(File No. 7471. Opinion filed June 13, 1933.)

W. H. Morgan and Otto L. Kaas, both of Britton, for Respondent.

PER CURIAM. This is an appeal from the judgment. A certified copy of notice of appeal was filed in this court on August 5, 1932. No further steps have been taken in the matter in this court, and no brief has been filed in behalf of appellants.

The appeal is therefore deemed abandoned, and the judgment appealed from is affirmed.

All the Judges concur.